IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO L. MALONE,

    Petitioner,
v.                                            CASE NO. 4:05-cv-00383-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Antonio L. Malone.  Having considered the matter, the Court finds that the petition requires amendment.  In the first instance, Petitioner has named the wrong respondent.  According to Rule 2 (a) of the Rules Governing Section 2254 Cases, the "petition must name as respondent the state officer who has custody," who, in this case, is the Secretary for the Department of Correction, James V. Crosby, Jr.  Second, the Court cannot determine from the form submitted whether Petitioner timely filed the instant petition or whether he exhausted his available state remedies.  Third, § 2254 provides a remedy for a state prisoner who claims he is being held in custody in violation of the United States Constitution or federal law.  *Curry v. Culliver*, 141 Fed. Appx. 832 (11th Cir. 2005); *Carrizales v. Wainwright*, 699 F.2d 1053 (11th Cir. 1983).  The form which will be provided to Petitioner will request the pertinent information, and Petitioner shall fill out the form completely.

Accordingly, it is **ORDERED**:

That he Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2254 petition;

That no later than **November 29, 2005**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits.  He shall also keep an identical copy for his records;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this **26th** day of October, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**