IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO L. MALONE,

    Petitioner,

v.                                            CASE NO. 4:05-cv-00383-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that Doc. 6, Petition for Writ of Habeas Corpus filed by Antonio L. Malone, and Doc. 7, Petitioner's Motion to Stay, be denied and the cause be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Wednesday, December 7, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's request for writ of habeas corpus, Doc. 6, is DENIED.

    3.    Petitioner's Motion to Stay, Doc. 7, is DENIED.

    4.       This cause is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this  *11th* day of January, 2006

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge